DET030354

4

## DuaneMorris®

11 - 50506

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

JEFFREY L. HAMERA
DIRECT DIAL: 312.499.6782
PERSONAL FAX: 312.277.2542
*E-MAIL:* jlhamera@duanemorris.com

*www.duanemorris.com*

April 8, 2011

F I L E D
APR 2 1 2011
CLERK'S OFFICE
DETROIT

United States District Court for the
Eastern District of Michigan
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd.
Detroit, MI 48226

Re:     **Re: ABP Corporation d/b/a Au Bon Pain v. Columbia Construction / No. 2009 C 7833**

Dear Sir or Madam:

This office represents plaintiff, ABP Corporation d/b/a Au Bon Pain in the above captioned matter in the United States District Court for the Northern District of Illinois. We would like to register the judgment entered in the Northern District of Illinois with the Eastern District of Michigan. Enclosed please find certified copies of the August 23, 2010 and September 9, 2010 judgments, copies of said judgments, a check in the amount of $39.00 and a self-addressed, stamped envelope.

Very truly yours,

Jeffrey L. Hamera

JLH:vam
Enclosures

DUANE MORRIS LLP

190 SOUTH LASALLE STREET, SUITE 3700   CHICAGO, IL 60603-3433          PHONE: +1 312 499 6700   FAX: +1 312 499 6701
DM1\2578074.1

# UNITED STATES DISTRICT COURT
### EVERETT McKINLEY DIRKSEN BUILDING
### UNITED STATES COURT HOUSE
### CHICAGO, IL 60604

**MICHAEL W. DOBBINS**
**CLERK**

OFFICE OF THE CLERK

ABP,

Case No.: 09CV7833

v.

Case:2:11-mc-50506
Judge: Hood, Denise Page
MJ: Whalen, R. Steven
Filed: 04-21-2011 At 03:24 PM
CJ ABP V. COLUMBIA CONSTRUCTION (DA
)

COLUMBIA ,

## CERTIFICATION OF JUDGMENT
## FOR REGISTRATION IN
## ANOTHER DISTRICT

I, Michael W. Dobbins, Clerk of this United States District Court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on 9/9/2010, as it appears in the records of this court, and that, no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure has not been filed.

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on April 18, 2011.

Michael W. Dobbins
Court Administrator

By: Jannette Nunez
Deputy Clerk

The motions listed in Rule 4(a) of the Federal Rules of Appellate Procedure are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.

CERTIFIED COPY (Rev. 7/98)

# United States District Court
### Northern District of Illinois
### Eastern Division

Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois, do hereby attest and certify that the annexed document(s) is(are) a full, true, and correct copy of the original(s) on file in my office and in my legal custody.

IN TESTIMONY WHEREOF:   I have hereunto subscribed my name and affixed the seal of the foresaid court at Chicago, Illinois, on   APR 1 8 2011

MICHAEL W. DOBBINS, CLERK

By: _____

Deputy Clerk

Order Form (01/2005)   Case: 1:09-cv-07833 Document #: 34  Filed: 08/23/10 Page 1 of 1 PageID #:594

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 7833 | **DATE** | 8/23/2010 |
| **CASE TITLE** | ABP corp vs. Columbia | | |

**DOCKET ENTRY TEXT**

Status hearing held.  Motion for confirmation of award and default is granted (27).  Defendant is found in default.  Prove up hearing set for 9/9/2010 at 9:30 AM.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | OR |
|---|---|---|

09C7833 ABP corp vs. Columbia

Page 1 of 1